IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ROBINSON, et al. | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00844 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| FORD MOTOR COMPANY, INC., et al. | : | |
| | : | |
| Defendant(s) | : | |

-------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT OPPORTUNITY COMMISSION | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00845 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| FORD MOTOR COMPANY, INC., et al. | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court has carefully reviewed all aspects of the Proposed Settlement Agreement, as well as any Objections. Viewing the Proposed Settlement Agreement in its entirety, the Court finds that the Proposed Settlement is fair, reasonable and adequate. Accordingly, for the reasons stated above, the Court hereby GRANTS the Joint Motion to Approve the Class Action Settlement (doc. 21). Plaintiffs' Motion for Attorneys' Fees (doc. 23) hereby granted.  The Court AWARDS $1.1 million to Class Counsel to cover fees and expenses incurred thus far and an additional $567,000.00 to cover those fees and expenses associated with the implementation and monitoring of the settlement over a three to five year period. This award of fees and expenses shall be distributed in accordance with the Settlement Agreement.


6/17/05                                        James Bonini, Clerk


                                               s/Kevin Moser_____
                                               Kevin Moser
                                               Deputy Clerk